584 A.2d 254

ROBERT NILSEN v. NEW JERSEY PAROLE BOARD.

June 26, 1990.

Petition for certification denied.